## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

KEITH ALEXANDER,

            Petitioner

            v.

CORRECTIONS OFFICER VOLKERT, TRACY BROKENSHIRE, MAILROOM SUPERVISOR, NANCY WILSON, BUSINESS MANAGER SCI COAL TOWNSHIP, KERI MOORE, DEPUTY GRIEVANCE OFFICER, DORINA VARNER, CHIEF GRIEVANCE OFFICER, VINCENT MOONEY, SUPERINTENDENT,

            Respondents

No. 440 MAL 2017

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.